**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Bennie Bryant III<br>    Katrina L Bryant<br>        Debtor(s) | Case No. 14-26511 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/17/2014.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor    $3,458.04
    Less amount refunded to debtor    $2,689.48

**NET RECEIPTS:**    **$768.56**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $0.00
    Court Costs    $0.00
    Trustee Expenses & Compensation    $152.19
    Other    $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**    **$152.19**

Attorney fees paid and disclosed by debtor:    $490.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMC MORTGAGE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 404.72 | 404.72 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,194.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cashcall | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cashcall | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I | Unsecured | 846.00 | 607.75 | 607.75 | 0.00 | 0.00 |
| CAVALRY SPV I | Unsecured | 665.00 | 668.76 | 668.76 | 0.00 | 0.00 |
| CBUSA INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBUSA INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BANK | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BANK | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CERASTES LLC | Unsecured | NA | 480.00 | 480.00 | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Patrolmans Fcu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/WALMART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/EMPIRE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | 2,253.90 | 2,253.90 | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 887.00 | 887.63 | 887.63 | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 600.00 | 600.00 | 600.00 | 66.68 | 0.00 |
| IC System, Inc. | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ILLIANA FINANCIAL CREDIT UNION | Unsecured | 6,876.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 108,280.48 | 73,502.91 | 73,502.91 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 83,205.02 | 83,205.02 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | 5,500.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 5,500.00 | 5,500.00 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | 300.00 | NA | 300.00 | 200.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 1,651.15 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTION | Unsecured | 1,673.00 | NA | NA | 0.00 | 0.00 |
| MORTGAGE LENDERS NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 24,539.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 18,637.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 18,637.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 13,859.00 | 13,241.57 | 13,241.57 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 15,140.00 | 15,705.76 | 15,705.76 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 924.50 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 853.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 24,539.00 | 51,589.48 | 51,589.48 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,272.33 | 2,190.39 | 2,190.39 | 0.00 | 0.00 |
| OLYMPIA FIELDS HOMEOWNERS AS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS HOMEOWNERS AS | Secured | 1,821.76 | NA | 1,821.76 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 841.00 | 841.28 | 841.28 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | 15,829.00 | 16,785.03 | 16,785.03 | 0.00 | 0.00 |
| RNB-FIELDS3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 12,788.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 7,018.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 16,668.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 12,765.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 7,138.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 10,000.00 | NA | 18,872.00 | 349.69 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | 18,077.77 | 18,077.77 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | NA | 18,077.77 | 0.00 | 0.00 |
| SCOTTS LAWN SERVICE | Unsecured | 202.50 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Jcp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| U S RAILROAD RETIREMENT BOARD | Unsecured | 1,185.20 | 2,037.49 | 2,037.49 | 0.00 | 0.00 |
| U S RAILROAD RETIREMENT BOARD | Unsecured | 1,185.20 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS/GREAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 233,586.00 | 221,722.91 | 304,264.05 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 82,541.14 | 75,000.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTERN FINANCIAL | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wf/Efs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILSHIRE CREDIT/BANK OF AMERIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $304,264.05 | $0.00 | $0.00 |
| Mortgage Arrearage | $76,821.76 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,872.00 | $349.69 | $0.00 |
| All Other Secured | $24,477.77 | $266.68 | $0.00 |
| **TOTAL SECURED:** | **$424,435.58** | **$616.37** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $83,205.02 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$83,205.02** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$204,774.44** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $152.19 |
| Disbursements to Creditors | $616.37 |
| **TOTAL DISBURSEMENTS :** | **$768.56** |

**UST Form 101-13-FR-S (09/01/2009)**

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2015                     By: /s/ Tom Vaughn
                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**